UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN ALLEN COTTRELL,<br><br>                    Plaintiff,<br><br>     v.<br><br>LAURIE BIDDLE, GRADY JACKSON and SHAUN DOUGLAS,<br><br>                    Defendants. | NO:  2:16-CV-0234-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT |

BEFORE THE COURT is Magistrate Judge Rodger's Report and Recommendation, ECF No. 16, to grant Plaintiff Shawn Allen Cottrell's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 15. Defendants have not been served in this action.

There being no objections, **IT IS ORDERED** the Report and Recommendation, ECF No. 16 is **ADOPTED in its entirety,** Plaintiff's Motion, ECF No. 15, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT --1

1    Although granted the opportunity to do so, Plaintiff did not file a separate

2    Motion and Affidavit to waive the remaining balance of the filing fee as directed.

3    Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant

4    to 28 U.S.C. § 1915(b).

5        **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

6    Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff,

7    and close the file.

8        **DATED** January 25, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT --2